## HEMA MENON *v.* ANN DUX

The plaintiff's petition for certification for appeal from the Appellate Court, 81 Conn. App. 167 (AC 23563), is denied.

*Hema Menon,* pro se, in support of the petition.

Decided June 9, 2004

## STATE OF CONNECTICUT *v.* KEVIN BAILEY

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 1 (AC 23103), is denied.

*James B. Streeto,* assistant public defender, in support of the petition.

Decided June 9, 2004

## RONALD J. HICKEY *v.* COMMISSIONER OF CORRECTION

The petitioner Ronald J. Hickey's petition for certification for appeal from the Appellate Court, 82 Conn. App. 25 (AC 23561), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's dismissal of the petitioner's habeas corpus petition?"

The Supreme Court docket number is SC 17207.

*Sandra J. Crowell,* assistant public defender, in support of the petition.

*Steven R. Strom,* assistant attorney general, in opposition.

Decided June 9, 2004